# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

FILED
2023 MAY 18 PM 3:59
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA      WAIVER OF INDICTMENT

v.      Criminal No. 8:22-cr-407-SDM-JSS

GLORIA GUTIERREZ

I, Gloria Gutierrez, the above named defendant, who is accused of wire fraud, in violation of 18 U.S.C. § 1343, being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
Gloria Gutierrez
Defendant

_____
David Hardy, Esq.
Counsel for Defendant

Before _____
              Judicial Officer