**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

vs.                        Case No. 8:22-CR-00407-SDM-JSS

**GLORIA GUTIERREZ**
_____/

## MOTION TO CONTINUE SENTENCING HEARING

The undersigned Defense Counsel moves this Honorable Court to continue the sentencing hearing in this matter, which is currently set for October 12, 2023, at 9:00 a.m., to a date in December 2023.

In support of this motion, Counsel states:

1. On November 29, 2022, a grand jury from the Middle District of Florida named the Defendant in an indictment, charging her with conspiracy to commit wire fraud, as well as 22 substantive wire fraud offenses.  (Dkt. #1).

2. On May 18, 2023, the United States Attorney's Office filed a one count information, charging the Defendant with conspiracy to commit wire fraud, in violation of 18 U.S.C. 1343.  (Dkt. #220).

3. On May 22, 2023, pursuant to a plea agreement, the Defendant pleaded guilty to the one count information.  (Dkt. #238).

4. On June 9, 2023, this Honorable Court accepted the Defendant's

       guilty plea and set this matter for sentencing on August 16, 2023, at 9:00 a.m. (Dkt. #258).

5. On July 1, 2023, Defense Counsel moved to continue sentencing for reasons that the Court has sealed. On July 10, 2023, the Court set this matter for sentencing on October 12, 2023, at 9:00 a.m.

6. As noted above, the Defendant entered a plea agreement. Pursuant to §A(9) of that document, the Defendant has agreed to cooperate with the Government in the investigation and prosecution of other persons. (Dkt. #227).

7. Last week, Defense Counsel became aware that one or more of the co-defendants in this matter may proceed to trial during the November 2023 trial term. The Defendant would like to opportunity to fulfill the terms of her plea agreement and assist the Government in those prosecutions prior to her sentencing hearing.

8. Defense Counsel is cognizant of this Honorable Court's practice of directing Defense Counsel to file all motions to continue a sentencing hearing within 30 days of the Order setting the date of the sentencing hearing. However, in this case, Defense Counsel did not become aware that one or more co-defendants intend to proceed to trial until last week. Counsel apologizes to the Court for not filing this motion

earlier.

9. Assistant United States Attorney Candace Garcia Rich does not object to this *Motion to Continue Sentencing Hearing*.

10. Counsel certifies that this motion is made in good faith and not for the purposes of delay.

Wherefore, the undersigned respectfully moves this Honorable Court to continue the sentencing hearing in this matter to a date convenient for the Court in December 2023.

Respectfully submitted this 5th day of September 2023

/s/ *David C. Hardy*
David C. Hardy, Attorney at Law
Board Certified Specialist in Criminal Trial Law
Florida Bar #689661
The Hardy Law Firm, P.A.
1710 N. 19TH Street, Suite 215
Tampa, FL  33605
Telephone: (813) 990-9547
Facsimile: (813) 354-4617
Email:dch@thehardylawfirm.com

## Certificate of Service

I HEREBY CERTIFY that on September 5, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ms. Candace Garcia Rich, AUSA
Office of the United States Attorney
400 North Tampa Street, Suite 3200
Tampa. FL 33602

/s/ *David C. Hardy*
David C. Hardy, Attorney at Law
Board Certified Specialist in Criminal Trial Law
Florida Bar #689661
The Hardy Law Firm, P.A.
1710 N. 19TH Street, Suite 215
Tampa, FL  33605
Telephone: (813) 990-9547
Facsimile:  (813) 354-4617
Email: dch@thehardylawfirm.com